IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELBERT L. DULEY,

    Plaintiff,

vs.                                    Civil Action 2:08-CV-751
                                          Judge Sargus
OHIO DEPT. OF REHAB. & CORR./        Magistrate Judge King
BUREAU OF SENTENCE COMPUTATION,

    Defendant.

### ORDER

On October 8, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that *Plaintiff's Motion for Entry of Default and Motion for Summary Judgment*, Doc. No. 15, be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. *Plaintiff's Motion for Entry of Default and Motion for Summary Judgment*, Doc. No. 15, is **DENIED**.

11-4-2008
Date

Edmund A. Sargus, Jr.
United States District Judge