AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ELBERT L. DULEY,**
        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

CASE NO. C2-08-751
JUDGE EDMUND A. SARGUS, JR.

**OHIO DEPT. OF REHAB. & CORR./,**    MAGISTRATE NORAH MCCANN KING
**BUREAU OF SENTENCE COMPUTATION**
        **Defendant.**

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

   **Pursuant to the Order filed July 16, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 16, 2009                            JAMES BONINI, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk