IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ELBERT L. DULEY,**

    **Plaintiff,**

vs.

    **Civil Action 2:08-CV-751**
    **Judge Sargus**
    **Magistrate Judge King**

**OHIO DEPT. OF REHAB. & CORR./**
**BUREAU OF SENTENCE COMPUTATION,**

    **Defendant.**

### ORDER

Because the Court concluded that an appeal from the judgment entered in this case would not be taken in good faith, *Order,* Doc. No. 40, plaintiff was denied leave to proceed on appeal *in forma pauperis.* *Id.* This matter is now before the Court on plaintiff's motion for reconsideration of that *Order,* Doc. No. 41.

Although plaintiff's motion establishes that plaintiff is financially unable to pay the filing fee in connection with his notice of appeal, 28 U.S.C. §1915(a)(3) prohibits an appeal *in forma pauperis* where the court certifies that the appeal is not taken in good faith. This Court remains convinced that, for the reasons stated in its prior *Order,* Doc. No. 35, an appeal from the judgment entered in this action would not be taken in good faith.

Plaintiff's motion for reconsideration, Doc. No. 41, is therefore **DENIED**.

10-20-2009
Date

Edmund A. Sargus, Jr.
United States District Judge